## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES T. JONES, SR.** | **C.A. NO. 11-2947** |
| **VERSUS** | **JUDGE: BROWN** |
| **WILLIAMS WPC-I, INC.** | **MAG. JUDGE: WILKINSON** |

### ORDER

Considering the foregoing joint motion to dismiss with prejudice,

IT IS ORDERED that all claims of the plaintiff, James T. Jones, Sr., asserted in the above-captioned lawsuit are hereby dismissed with prejudice. Each party is to bear his/its own attorney's fees and costs.

New Orleans, Louisiana, this  6th  day of _____November_____, 2012.

_____
JUDGE, UNITED STATES DISTRICT COURT